United States, respondent, stating that the Government does not oppose the granting of a writ of certiorari in this case. *George G. Gallantz* for Peters, Executrix, respondent.

No. 580. CENTRAL HIDE & RENDERING Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *E. E. Blakely* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 583. HOPTOWIT ET AL. *v.* SEUFERT BROTHERS Co. Supreme Court of Oregon. Certiorari denied. *Kenneth R. L. Simmons* for petitioners. *T. Leland Brown* for respondent.

No. 598. MARTINI *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 600. FLORIDA DEHYDRATION Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Benjamin Forman* for the United States.

No. 602. AMOROSO *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Sumner W. Elton* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Lee A. Jackson* for respondent.